UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY HOPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Civil Action #** |
| | ) | |
| MARK PELZER, et al., | ) | 96-BE-2968-S |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff pursuant to F.R.C.P. Rule 56 and hereby moves for summary judgment with respect to the Plaintiff's claims against Defendants Pelzer, McClaran and Gates. All three defendants were Department of Corrections employees at Limestone Correctional Facility who caused Plaintiff to be unconstitutionally restrained to the hitching post and/or caused him to remain restrained under unconstitutional conditions. The Plaintiff seeks summary judgment for the reasons set forth in the brief filed contemporaneously herewith.

Respectfully submitted this __3__ day of November, 2004.

*CRAIG T. JONES*
_____
Craig T. Jones          */s/ by JGM with*
Georgia # 399476              *express*
Lead counsel for plaintiff Larry Hope *permission*
(Admitted pro hac vice)

Edmond & Jones, PC
The Candler Building, Suite 410
127 Peachtree St., NE
Atlanta, GA  30303
(404) 525-1080
fax (404) 525-1073

_____
James Mendelsohn
# ASB-4593-D53J
Local counsel for plaintiff Larry Hope

1117 22nd Street South
Birmingham, Alabama  35205
(205) 939-0000
fax (205) 933-9475

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by U.S. Mail addressed to the following counsel of record:

>Ellen R. Leonard, Office of the Attorney General
>Alabama State House
>11 South Union St.
>Montgomery, AL  36130-0152
>
>Andrew W. Redd
>Kim Thomas
>Alabama Department of Corrections
>Legal Division
>PO Box 301501
>Montgomery, AL  36130-1501.

This, the _3_ day of November, 2004.

_____
Counsel for plaintiff Larry Hope