FILED
2005 Oct-25 AM 10:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY HOPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case # |
| | ) | |
| MARK PELZER, et al., | ) | 2:96-cv-02968-KOB |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S LIST OF DAMAGES

COMES NOW the plaintiff Larry Hope, by and through counsel, in accordance with the Pretrial Order entered herein on September 28, 2005, and provides the following list of damages:

Plaintiff seeks compensatory and punitive damages for injuries suffered May 11, 1995, and June 7, 1995, to be measured by the discretion of the jury.

Hope seeks compensatory damages for pain and suffering and humiliation. They are calculated by asking the jury to place an estimated dollar value on the injuries and pain to which Hope was subjected. An estimated amount of compensatory damages which might be awarded by a jury is approximately $20,000. Hope seeks punitive damages for malice and willful disregard of his federal rights. The defendant's misconduct was reprehensible to a serious degree, so as to warrant the imposition of further sanctions to achieve punishment or deterrence. The amount of punitive damages will be calculated by the jury based upon the jury's evaluation of the amount sufficient to deter and punish. A ratio of 4:1 between the punitive and compensatory damages would be instructive as indicative of an amount which is reasonable and proportionate to the amount of harm.

Craig T. Jones
Georgia # 399476
Lead counsel for plaintiff Larry Hope

Edmond & Jones, PC
The Candler Building, Suite 410
127 Peachtree St., NE
Atlanta, GA  30303
(404) 525-1080
fax (404) 525-1073

                                                                                                                                         _____
s/James Mendelsohn
# ASB-4593-D53J
Attorney for plaintiff Larry Hope

1117 22nd Street South
Birmingham, Alabama  35205
phone (205) 939-0005
fax (205) 776-2040
jmendel@bellsouth.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on this, the 25th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

  Ellen R. Leonard, Office of the Attorney General
  Alabama State House
  11 South Union St.
  Montgomery, AL 36130-0152

  Andrew W. Redd
  Kim Thomas
  Alabama Department of Corrections
  Legal Division
  PO Box 301501
  Montgomery, AL 36130-1501.

            s/James Mendelsohn
            1117 22nd Street South
            Birmingham, Alabama 35205
            phone (205) 939-0005
            fax (205) 776-2040
            jmendel@bellsouth.net